1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Linda.allison@fd.org
   Tel: 916-498-5700   Fax: 916-498-5710
5
   Attorneys for Defendant
6  KENNETH McADAMS

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) Case No. 6:16-mj-0063-MJS
                                    )
12 |     Plaintiff,                 ) AMENDED STIPULATION AND ORDER TO
                                    ) VACATE STATUS CONFERENCE AND SET
13 |        v.                      ) MOTION HEARING AND BRIEFING
                                    ) SCHEDULE
14 | KENNETH McADAMS,               )
                                    ) Date:  December 6, 2016
15 |     Defendant.                 ) Time:  10:00 a.m.
                                    ) Judge: Hon. Michael J. Seng
16 |_____    )

17

18       IT IS HEREBY STIPULATED between the parties through their respective counsel,

19 Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C.

20 ALLISON attorney for defendant KENNETH McADAMS, that the Court vacate the status

21 conference set for November 1, 2016 and set a motion hearing for December 6, 2016 at 10:00

22 a.m.

23       Briefing schedule will be as follows:

24       Motion to be filed on November 7, 2016;

25       Government's response due on November 21, 2016;

26       Plaintiff's reply, if any due on November 28, 2016.

27 / / /

28 / / /

DATED: October 27, 2016                     Respectfully submitted,

                                                       HEATHER WILLIAMS
                                                     Federal Defender

                                                     /s/Linda Allison
                                                     LINDA ALLISON
                                                   Chief Assistant to the Federal Defender
                                                 Attorneys for Defendant
                                                 KENNETH McADAMS

Dated:  October 27, 2016

                                                   */s/ Susan St. Vincent*
                                                 SUSAN ST. VINCENT
                                                 Legal Officer

## **ORDER**

It is hereby ordered that the November 1, 2016 status conference in Case No. 6:16-mj-0063-MJS be vacated and a motion hearing be scheduled for December 6, 2016 at 10:00 a.m., with briefing schedule set forth above in Case No. 6:16-mj-0063-MJS.

IT IS SO ORDERED.

Dated:   October 31, 2016                          /s/ *Michael J. Seng*
                                                                        UNITED STATES MAGISTRATE JUDGE