1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Linda_allison@fd.org
   Tel: 916-498-5700   Fax: 916-498-5710
5
   Attorneys for Defendant
6  KENNETH McADAMS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   Case No. 6:16-mj-0063-MJS
                                      )
12         Plaintiff,                 )   STIPULATION AND ORDER TO CONTINUE
                                      )   BRIEFING SCHEDULE
13         v.                         )
                                      )   Date:  December 6, 2016
14  KENNETH McADAMS,                  )   Time:  10:00 a.m.
                                      )   Judge: Hon. Michael J. Seng
15         Defendant.                 )
                                      )
16  _____    )

17

18         IT IS HEREBY STIPULATED between the parties through their respective counsel,

19  Legal Officer SUSAN ST. VINCENT, and Chief Assistant Federal Defender LINDA C.

20  ALLISON, attorney for defendant KENNETH McADAMS, that the Court continue the

21  December 6, 2016 motion hearing to January 20, 2017 at 10:00 a.m.

22         Briefing schedule will be as follows:

23         Motion to be filed by December 1, 2016

24         Government's response due by January 7, 2017

25         Plaintiff's reply, if any due by January 13, 2017

26  / / /

27  / / /

28

                                         -1-

| | |
|---|---|
| DATED: November 28, 2016 | Respectfully submitted,<br><br>HEATHER WILLIAMS<br>Federal Defender<br><br>/s/Linda Allison<br>LINDA ALLISON<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>KENNETH McADAMS |

Dated: November 28, 2016

/s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer

## **ORDER**

It is hereby ordered that the December 6, 2016 motion hearing in Case No. 6:16-mj-0063-MJS be continued to January 20, 2017 at 10:00 a.m., with the briefing schedule set forth above.

IT IS SO ORDERED.

Dated: November 29, 2016         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE