HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KENNETH MCADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:16-mj-00063 MJS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF SUPPLEMENTAL BRIEFING SCHEDULE AND EVIDENTIARY HEARING;  ORDER** |
| vs. | |
| KENNETH MCADAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Kenneth McAdams, that the supplemental briefing schedule be continued for an additional two weeks. Among the issues to be addressed through supplemental briefing, defense counsel was prompted to demonstrate prejudice for pending the motion to dismiss.  Unfortunately, due to a billing dispute with its expert, the defense needs to retain another expert to advise on the issue of prejudice.  Retaining and contracting with a new expert will cause an unexpected delay, which defense counsel had not accounted for when agreeing to the original briefing schedule.  Accordingly, the parties request the following extension:

Defendant's Supplemental Briefing:  January 30, 2018

Government's Opposition:     February 27, 2018

Defendant's Reply:    March 13, 2018

McGREGOR W. SCOTT
United States Attorney

Dated: January 9, 2018    /s/ *Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: January 9, 2018    /s/ *Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
KENNETH MCADAMS

# O R D E R

Having considered, and found acceptable, the parties' stipulation re briefing schedule in Case NO. 6:16-mj-00063, the Court ORDERS that the previously ordered deadlines for supplemental briefing **of legal issues** in this case be continued by two weeks so that Defendant's Supplemental Briefing shall be due by January 30, 2018, the Government's Opposition will be due February 27, 2018, and Defendant's Reply shall be due March 13, 2018. The Court's Order for timing of submission of an **agreed statement of facts remains as previously stated**.

IT IS SO ORDERED.

Dated:   January 9, 2018    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

.