HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH McADAMS,<br><br>Defendant. | Case No. 6:16-mj-00063<br><br>**REQUEST FOR RULE 43 WAIVER FOR SENTENCING**<br><br>Hon. Jeremy Peterson<br>Date: June 19, 2018<br>Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Kenneth McAdams, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for sentencing and that he be permitted to appear by video from the United States District Courthouse in Las Vegas, Nevada. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. McAdams to appear by video for sentencing.

Mr. McAdams resides in Las Vegas, Nevada. He personally appeared for both his initial appearance and his bench trial. Unfortunately, Mr. McAdams is currently experiencing some financial difficulties, and returning to Yosemite for sentencing would cost him hundreds of dollars, which he cannot spare. Mr. McAdams understands the significance of a sentencing hearing, and the possibility of custody being imposed. If the Court does order custody, defense will request a future surrender date to provide Mr. McAdams adequate time to travel to Fresno, California to

surrender to the U.S. Marshals. Accordingly, Mr. McAdams respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Courthouse in Las Vegas, Nevada for purposes of sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
KENNETH McADAMS

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video in Case No. 6:16-mj-00063 is hereby accepted and adopted as the order of this court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Las Vegas, Nevada.

IT IS SO ORDERED.

Dated:   June 13, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE