HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KENNETH MCADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>KENNETH MCADAMS,<br><br>Defendant-Appellant. | District Court Case No. 1:18-cr-00149 LJO<br>(Magistrate Case No. 6:16-mj-00063 MJS)<br><br>***STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER*** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule currently set in the appeal of Case No. 6:16-mj-00063-MJS be modified as follows:

Defendant-Appellant's Brief shall be filed by October 22, 2018.

Plaintiff-Appellee's Brief shall be filed by November 12, 2018.

Defendant-Appellant's Reply Brief shall be filed by November 26, 2018.

On June 28, 2018, Mr. McAdams filed a notice of appeal of the judgment and sentence imposed by the Honorable Jeremy Peterson on June 19, 2018. *See* Docket 61 at 1.

On June 29, 2018, a briefing schedule was set, directing Mr. McAdams to file his opening brief within 21 days after the filing of the requested transcripts, directing the government to file its response brief within 21 days thereafter, and directing Mr. McAdams to file any reply brief within 7 days of the government's filing. *See* Docket 62.

On July 3, 2018, Mr. McAdams filed a transcript request. *See* Docket 63. The requested transcripts were filed on the docket on July 30, 2018. *See* Dockets 65–68.

Both parties request this continuance to provide sufficient time for briefing of the issues and this stipulation is made with the intention of conserving time and resources for both parties and the Court.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: August 8, 2018  By: */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff-Appellee

HEATHER E. WILLIAMS
Federal Defender

Dated: August 8, 2018  By: */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant-Appellant
KENNETH MCADAMS

## **ORDER**

The Court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated: **August 8, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE