1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KENNETH MCADAMS
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff-Appellee,

13  vs.

14  KENNETH MCADAMS,

15          Defendant-Appellant.

16

District Court Case No. 1:18-cr-00149 LJO
(Magistrate Case No. 6:16-mj-00063 MJS)

***STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER***

17          **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18  respective counsel that the briefing schedule currently set in the appeal of Case No. 6:16-mj-

19  00063-MJS be modified as follows:

20          Defendant-Appellant's Brief shall be filed by October 22, 2018.

21          Plaintiff-Appellee's Brief shall be filed by November 12, 2018.

22          Defendant-Appellant's Reply Brief shall be filed by November 26, 2018.

23      On June 28, 2018, Mr. McAdams filed a notice of appeal of the judgment and sentence

24  imposed by the Honorable Jeremy Peterson on June 19, 2018. *See* Docket 61 at 1.

25      On June 29, 2018, a briefing schedule was set, directing Mr. McAdams to file his

26  opening brief within 21 days after the filing of the requested transcripts, directing the

27  government to file its response brief within 21 days thereafter, and directing Mr. McAdams to

28  file any reply brief within 7 days of the government's filing. *See* Docket 62.

On July 3, 2018, Mr. McAdams filed a transcript request. *See* Docket 63. The requested transcripts were filed on the docket on July 30, 2018. *See* Dockets 65–68.

Both parties request this continuance to provide sufficient time for briefing of the issues and this stipulation is made with the intention of conserving time and resources for both parties and the Court.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: August 8, 2018                    By:   */s/ Michael Tierney*
                                               MICHAEL TIERNEY
                                               Assistant United States Attorney
                                               Attorney for Plaintiff-Appellee


HEATHER E. WILLIAMS
Federal Defender

Dated: August 8, 2018                    By:   */s/ Hope Alley*
                                               HOPE ALLEY
                                               Assistant Federal Defender
                                               Attorney for Defendant-Appellant
                                               KENNETH MCADAMS

## **ORDER**

The Court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated:   **August 10, 2018**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE