HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KENNETH McADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>KENNETH McADAMS,<br><br>Defendant-Appellant. | District Court Case No. 1:18-cr-00149 LJO<br>(Magistrate Case No. 6:16-mj-00063 MJS)<br><br>**DEFENDANT'S MOTION TO STAY SENTENCE PENDING APPEAL; PROPOSED ORDER** |

Mr. McAdams was charged in a criminal complaint with (1) operating a motor vehicle while under the influence of alcohol in violation of 36 C.F.R. § 4.23 (a)(1); (2) operating a motor vehicle while the alcohol concentration in his blood or breath was .08 grams of alcohol or more in violation of 36 C.F.R. § 4.23 (a)(2); and (3) failure to comply with the directions of a traffic control device, in violation of 36 C.F.R. § 4.12. On December 6, 2017, Mr. McAdams had a bench trial before the Honorable Michael J. Seng. Mr. McAdams was found guilty on all counts in an order issued by Judge Seng on April 16, 2018. On June 19, 2018, Judge Peterson sentenced Mr. McAdams to 12 months of unsupervised probation, ordered him to pay a fine of $1480, and ordered him to enroll in and complete the Nevada DMV Course for first time offenders.[1] A status report, in which Mr. McAdams was ordered to show compliance with the terms of his probation,

---

[1] During the sentencing hearing on June 19, 2018, there was some discussion of a stay of the sentence. U.S. Magistrate Judge Peterson invited defense counsel to file a motion to stay the sentence within one week of the entry of judgment. Due to a change in attorney, the undersigned was unaware of Judge Peterson's invitation.

was set for April 19, 2019. Within fourteen days of the entry of judgment in his case, Mr. McAdams filed an appeal of the judgment and sentence, and the matter was referred to Chief District Court Judge O'Neill.

Mr. McAdams now requests that this Court stay the fine, probation, and terms of probation that were ordered in his case. Pursuant to Federal Rule of Criminal Procedure 38, "[i]f the defendant appeals, the district court . . . may stay a sentence to pay a fine or a fine and costs." Fed. R. Crim. P. 38(c). Similarly, under section (d), "the court may stay a sentence of probation. The court must set the terms of any stay."

Staying the fine, probation, and the terms of probation is warranted here, because by the time Mr. McAdams's appeal is complete, it is likely that probation will be over, his fine will be paid, and his DMV course will be completed. Mr. McAdams is indigent with very limited means to pay the court ordered fine. In order to pay the fine, he would need to either borrow money or drastically adjust his finances. Mr. McAdams would prefer for the appeal to be resolved before taking these measures. Furthermore, while the fine can be reimbursed, the other conditions of probation cannot be repaid to Mr. McAdams if he prevails on appeal. Accordingly, Mr. McAdams requests that the Court stay the fine, probation, and the terms of probation pending the resolution of his appeal.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 13, 2018    By:    */s/ Hope Alley*
              HOPE ALLEY
              Assistant Federal Defender
              Attorney for Defendant-Appellant
              KENNETH McADAMS

# ORDER

The Court hereby grants Defendant's request IN PART. The sentence is stayed for six months from the date of this Order or until the appeal is resolved, whichever is SOONER.

IT IS SO ORDERED.

Dated: **August 17, 2018**        /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE